# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALA DIAMONDS, LLC, | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| vs. | : NO. 17-CV-1136 |
| | : |
| HRA GROUP HOLDINGS, ITAY ARIEL, | : |
| CROSSWORKS MANUFACTURING LTD., | : |
| HRA USA LTD, and | : |
| MICHELLE SEGOLY, | : |
| | : |
| Defendants | : |

## ORDER

AND NOW, this 21st day of September, 2017, upon consideration of Defendants' Motion to Dismiss Complaint (Doc. Nos. 11 and 12), Plaintiff's Response in Opposition thereto, and Defendants' Reply Brief in Further Support, it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART, Defendant HRA USA Ltd is DISMISSED from this action pursuant to Fed. R. Civ. P. 12(b)(2) and Counts I, II, V and VI are DISMISSED pursuant to Fed. R. Civ. P. 12(b)(6).

IT IS FURTHER ORDERED that in all other respects, the Motion is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,   J.